**Order entered July 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00255-CR
### No. 05-18-00256-CR

**RICKY ALAN SINGLETON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F16-76725-I, F17-75059-I**

## ORDER

Before the Court is court reporter Georgina Ware's July 1, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/     LANA MYERS
            JUSTICE